UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV 14 P 2:58
US DISTRICT COURT
BRIDGEPORT CT

JOSE RAMOS / PRISONER:
Name of Plaintiff/Petitioner

v.

Case No. 3;03-CV-678 (AWT)

WARDEN. REMI ASCOTA, ET. AL.
Name of Defendant/Respondent

DATE: th., 2003

## MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: JOSE RAMOS

   Your present mailing address: CHESHIRE CORR. INST. 900 HIGHLAND AVE/

   CHESHIRE., CT. 064101698.

   Telephone number: (203) 250 2600

2. Are you presently employed? YES ___ NO ~~XXXXX~~

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. NONE...

   Weekly earnings: NONE...

4. If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. NONE....

Date last worked: __NONE...__

Weekly earnings: __NONE...__

5. Approximately how much money have you received in the past twelve months in the form of:
   a) salary, wages, commissions, or earned income of any kind? __ATTACHED ACCOUNTS:__

   b) interest, dividends, rents or investments of any kind? __NONE..__

   c) gifts or inheritances of any kind? __SISTER SEND MONEY $25 dollers/ monthal.__

6. How much money do you have in any checking or savings account(s)? __NONE...__

   Checking: __NONE...__

   Savings: __NONE...__

   Prison account: __25/ dollers.no ¢.__

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ____ NO __xxxxx__

   If YES, describe the property and state the approximate value: __NONE...__

8. How much money do you owe others? __NONE...__

   For each debt, state the name of the creditor and the amount owed: __NONE..__
   CREDITOR                                                           AMOUNT OWED

   __NONE..__                                                         __NONE...__

9. List the persons who depend upon you for support, and state your relationship to them.

   NONE...

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ____ NO ~~xxxxxxxxxxx~~

    If the answer is YES, please provide the following information for each such person:

    Name: NONE.

    Relationship: NONE.

    Employer: NONE..

    Weekly Earnings: NONE...

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. I AM INCARCERATED IN A CORRECTIONAL INSTITUTION

    AND I DO NOT HAVE ANY MONEY TO $PAY A ATTORNEY TO HELP ME IN THIS CIVIL

    ACTION THAT IS FILED IN THE UNITED STATES DISTRICI COURT. IM" WITHOUT MONEY...

    PLEASE SEE THE ATTACHED INMATES ACCOUNTS ATTACHED HERETO.

### NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. THIS IS A INJURY TO MY BODY., BODY INJURY

    I HAVE GIVEN ALL THE INFORMATION IN MY COMPLAINT FILED. AND I HAVE NOT

    RECEIVED ANY TREATMENTS TO DATE?  BECAUSE IM" OLD. THEY DON"T CARE.

3

(Additional space on next page)

_____
_____
_____
_____
_____

EFFORTS TO OBTAIN AN ATTORNEY.
The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES _xxx_ NO __

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a) Attorney's name _PLEASE SEE ALL THE ATTACHED LETTERS FOR HELP.._

   Date you contacted this attorney _YES I CALLED #3 of them no help/ nomoney._

   Method of contact (in person, by telephone, etc.) _yes/ Counselor telephone._
   250-2600 X 20-53

   Reason why attorney was not employed to handle your case _no money_
   they don't do this Kind of Civil work any more.

   b) Attorney's name _attached letters;_

   Date you contacted this attorney _____

   Method of contact (in person, by telephone, etc.) _____

   Reason why attorney was not employed to handle your case _no money._

4

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOSE RAMOS                          :    CASE NO: 3:03-CV-678   (AWT)
                                    :
    PLAINTIFF:                      :    PRISONER:
V.                                  :
WARDEN ROMI ASCOTA. ET. AL.         :
    DEFENDANT                       :    DATE: JULY     th., 2003.


PLAINTIFF'S INTERROGATORIES AND REQUESTS FOR PRODUCTION

The plaintiff, JOSE RAMOS., and  , pursuant to Rules 33 and 34, Fed.R.Civ.P., hereby requests that the defendants respond under oath to the following interrogatories and request for production within thirty (30) days:

1. These interrogatories shall be deemed continuing, so as to require supplemental answers if further information is obtained between the time the answers are served and the time of trial.

2. If no one defendant is competent to answer all of the interrogatories and/or requests for production, the responses should be separately answered under oath by as many agents of the defendant as are necessary.

3. As used herein, the term "document" means the original as well as any copy regardless of origin or location of any typewritten, handwritten, printed or recorded material including, but not limited to, any book, pamphlet, periodical, letter, memorandum, telegram, report, record, study,

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this in formation to the court. See Local Rule 29(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 29(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

7-27-03

*Joel Ramos*

Date

Original Signature of Movant

c) Attorney's name <u>Please see all the letters ive' written to the attorneys.</u>

Date you contacted this attorney <u>I will have to gat copy of this information</u>

Method of contact (in person, by telephone, etc.) <u>from my Counselor/ on about May June, july. Calls.</u>

Reason why attorney was not employed to handle your case <u>~~Dont do this work~~.</u>

15. Explain any other efforts you have made to obtain an attorney to handle your case.

    <u>I have sent out more then 15 teen letters/ anh attached are the response received to date.</u>

16. Please provide any other information which supports your application for the court to appoint counsel. <u>they all request some kind of money.</u>

17. Do you need a lawyer who speaks a language other than English?
    YES ____  NO xxxxxxxxxx

    If you answered YES, what language do you speak? _____

5

handwritten note, working paper, chart, paper, graph, index, tape, disc, data sheet, data processing card, diary, calendar business records, address and telephone records, or any other written, recorded, transcribed, punched, taped, filmed or graphic matter however produced or reproduced to which you have or have had access or control.

4. As used herein, the term "identify" or "identification" with reference to a document means to state the date, author (and if different the signed or signers), the addressee, document (e.g., letter, memorandum, etc.) And its present or last known location and the name and address of the person having custody or control of such document. If any such document was, but is no longer in your possession or subject to your control, state the disposition made of it, the reason for such disposition and the date thereof, its present location and the name and address of the person having custody or control of such document, with sufficient particularity to request its production under Rule 34, FRCP.

5. As user herein, the term "you" means you, yourself, the person to whom these interrogatories are addressed or any of your agents, deputies, assignees, partners, associates or any employees, employers or organizations of which you are a member

or an employee, or any person acting on your behalf.

6. Without limitation, a document is deemed to be in your "control" if you have the right to secure the document or a copy thereof from another person or public or private entity having actual possession thereof.

7. "Communicate" or "communication" means every manner or means of disclosure, transfer, or exchange, and every disclosure, transfer or exchange or information whether orally or by document or whether face-to-face, by telephone, mail, personal delivery, or otherwise.

8. Use of the term "identify" with reference to an individual person, means to state his full name, present home address, present position and business affiliation or employment. "Identify" as to a communication means to state the date of the communication, the type of communication, the place where such communication was made, the identities of the marker(s) and the receiver(s) of the communication and of each person present when it was made, and the subject matter discussed.

9. The masculine shall include the neutral or feminine gender, unless the context expressly indicates otherwise; the singular includes the plural and vice versa; the present tense includes the past tense and vice versa; and "or" shall be construed

either conjunctively or disjunctively to bring within the scope of these interrogatories any information which might otherwise be construed to be outside their scope.

10. If any of the information requested in answer to the interrogatories propounded herein is available in machine-readable form (such as punch cards, paper or magnetic tapes, drums, discs, or core storage) state the form in which it is available and describe the type of computer or other machine required to read the records. If the information requested is stored in a computer, indicate whether there is an existing program which will print the records in the form desired, or if no program exists, whether one could be written.

11. If you do not answer any interrogatory because of a claim of privilege, set forth the privilege claimed, the facts upon which you rely to support the claim of privilege, and identify all documents for which such privilege, and identify all documents for which such privilege is claimed. ,

please see the attached pages of request's: