UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOSE RAMOS

    V.

PRISONER
CASE NO. 3:03CV678 (AWT) (DFM)

WARDEN ACOSTA, ET AL.

### RULING ON MOTION FOR APPOINTMENT OF COUNSEL

The plaintiff is seeking an appointment of pro bono counsel pursuant to 28 U.S.C. § 1915. The Second Circuit has made clear that before an appointment is even considered, the indigent person must demonstrate that he is unable to obtain counsel. See Hodge v. Police Officers, 802 F.2d 58, 61 (2d Cir. 1986), cert. denied, 502 U.S. 996 (1991). The plaintiff states that sent out over fifteen letters to attorneys. He refers the court to letters he has attached to his motion. No letters are attached to the motion. The plaintiff's undocumented attempts to secure legal assistance are insufficient to demonstrate that the plaintiff is unable to find counsel on his own. The possibility that the plaintiff may be able to secure counsel or legal assistance independently precludes appointment of counsel by the court at this time. Accordingly, the plaintiff's Motion for Appointment of Counsel [doc. #5] is DENIED without prejudice. Any renewal of this motion shall include the name and address of each attorney or legal organization contacted, the date on which counsel or the legal organization was contacted

and the reasons why assistance was unavailable.

SO ORDERED this 9th day of December, 2003 at Hartford, Connecticut.

_____
Donna F. Martinez
United States Magistrate Judge