FILED
2004 JAN -6  P 2: 27
U.S. DISTRICT COURT
BRIDGEPORT. CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE RAMOS | : | PRISONER<br>CIVIL NO. 3:03CV678 (AWT)(DFM) |
| V. | : | |
| REMI ACOSTA, ET AL. | : | JANUARY 5, 2004 |

### APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the defendants, in the above-captioned case.

Dated at Hartford, Connecticut, this 5th day of January, 2004.

DEFENDANTS
Remi Acosta, Et Al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Robert B. Fiske, III
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Tel.: (860) 808-5450
Fax: (860) 808-5591
E-Mail: robert.fiske@po.state.ct.us
Federal Bar #ct17831

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 5th day of January, 2004:

Jose Ramos, Inmate #157680
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

_____
Robert B. Fiske, III
Assistant Attorney General