UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Jose Ramos

    v.                                CIV. NO. 3:03cv678(AWT)(DFM)

Remi Ascota, et al

## NOTICE TO PARTIES

       This file is now being maintained in Hartford.

       You should file all future filings with the Office of the Clerk, United States District Court for the District of Connecticut at 450 Main Street, Hartford, CT 06105

       You should no longer include the prisoner designation over the case number on any document filed in this action.

       If you have inquiries regarding the status of your case, you should contact the Hartford Clerk's Office at (860)(240-3200).

                                        BY ORDER OF THE COURT
                                        KEVIN F. ROWE, CLERK

Dated March 15, 2007.