UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOSE RAMOS

    v.                                        Case No. 3:03cv678 (AWT)

WARDEN ACOSTA, ET AL.

### ORDER

Rule 83.1(c) of the Local Civil Rules of the United States District Court for the District of Connecticut, requires a _pro se_ party to provide the Court with a written notice indicating an address within Connecticut where he can be served with motions, pleadings and other court documents filed in the case. The address of record for the plaintiff is Cheshire Correctional Institution, 900 Highland Avenue, Cheshire, Connecticut 06410. However, Department of Correction records reflect that the plaintiff is no longer incarcerated. The plaintiff has failed to notify the court as to his new address within Connecticut where he may be served with documents.

The plaintiff shall file a notice giving his current address within thirty days of the date of this order. Failure to file such a notice in a timely manner will result in the dismissal of this case for failure to prosecute, without prejudice and without further notice from the court.

It is so ordered.

Dated this 22nd day of March 2007, at Hartford, Connecticut.

                                            /s/AWT
                                 Alvin W. Thompson
                    United States District Judge