UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE RAMOS | : | NO. 3:03CV678(AWT)(DFM) |
| | : | |
| v. | : | |
| | : | |
| REMI ACOSTA, ET AL | : | MARCH 21, 2007 |

## MOTION TO DISMISS

The defendants respectfully move to dismiss this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute, for the following reasons:

1.  The plaintiff commenced this action while pro se and in the custody of the Connecticut Department of Correction.

2.  The last known address of Jose Garcia was Hartford Correctional Center, 177 Weston Street, Hartford, CT 06120.

3.  According to the records of the Department of Correction, the plaintiff was discharged upon sentence time served on December 26, 2006.

4.  The plaintiff has not provided either the undersigned counsel for the defendants, or the Court, with a change of address notice as required by Rule 41(b) of the Federal Rules of Civil Procedure. Exhibit B.

5.  Accordingly, because the plaintiff has not reported his whereabouts, he is failing to prosecute his Complaint. Consequently, the defendants respectfully Move to Dismiss this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**WHEREFORE**, the defendants request that this action be dismissed with prejudice.

DEFENDANTS
REMI ACOSTA, ET AL

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:__/s/_____
Robert B. Fiske, III
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct17831
E-Mail:  robert.fiske@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591


## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the plaintiff at his last known address on this, the 21rst day of March, 2007:

Mr. Jose Ramos, #157680
Hartford Correctional Center
177 Weston Street
Hartford, CT 06120


__/s/_____
Robert B. Fiske, III
Assistant Attorney General