UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSE RAMOS | : |
| v. | :   CASE NO. 3:03CV678 (AWT) |
| REMI ACOSTA, HECTOR RODRIGUEZ, and JOHN DOE | : |

ORDER OF DISMISSAL

    On March 22, 2007, the court entered an order pursuant to Rule 83.1(c) of the Local Civil Rules of the United States District Court for the District of Connecticut.  The plaintiff was given thirty days to notify the court of his current address, and was informed that failure to do so would result in the dismissal of this case for failure to prosecute.  No such notice has been filed.

    Accordingly, it is hereby ORDERED that all claims asserted by the plaintiff in this case are hereby dismissed without prejudice for failure to prosecute, and for failure to comply with the court's order of March 22, 2007.

    It is so ordered.

    Dated at Hartford, Connecticut this 25th day of April, 2007.

                                         /s/ AWT
                                      Alvin W. Thompson
                             United States District Judge